UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Sharon Morin,
    Plaintiff

    v.                                            Civil No. 07-cv-032-SM

Hartford Life Insurance Company,
    Defendant

## O R D E R

Due to my former firm's representation of the defendant, I am recusing myself.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

March 12, 2007

cc:  William D. Woodbury, Esq.
     James J. Ciapciak, Esq.
     Jeanne P. Herrick, Esq.